IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN DAVIS,

    Petitioner,

v.                                                                 Civil Action No. **3:14CV273**

E.D. WILSON, *et al.*,

    Respondent.

## MEMORANDUM OPINION

Petitioner, a Virginia state prisoner proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on May 28, 2014, the Court directed Petitioner, within fifteen (15) days of the date of entry thereof, to complete and return the standardized form for filing a 28 U.S.C. § 2241 petition. The Court warned Petitioner that the failure to complete and return the form in a timely manner would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than fifteen (15) days have passed and Petitioner has not returned the required form. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. The Court will DENY a certificate of appealability.

An appropriate Order shall issue.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 7/18/14
Richmond, Virginia